# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

| | |
|---|---|
| Aquapoly Equipment Company, | Civil No. 09-514 (RHK/JJG) |
| Plaintiff, | **ORDER** |
| v. | |
| AEC, Inc., | |
| Defendant. | |

___

The above action is referred to Magistrate Judge Jeanne J. Graham for a settlement conference at such time, and under such conditions, as Judge Graham directs. The undersigned will continue under advisement Defendant's Motion to Dismiss, which was heard today, until Judge Graham has concluded the settlement conference.

Dated: May 28, 2009

          s/Richard H. Kyle
          RICHARD H. KYLE
          United States District Judge