# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Applied Equipment Company, f/k/a Aquapoly Equipment Company, a Minnesota corporation, | Civil No. 09-514 (RHK/JJG) |
| Plaintiff, | **ORDER** |
| vs. | |
| AEC, Inc., | |
| Defendant, | |
| vs. | |
| Aqua Poly Equipment Company, LLC, a Wisconsin limited liability company, | |
| Third-Party Defendant. | |

Based upon the parties' Stipulation (Doc. No. 63), **IT IS ORDERED** that Plaintiff's claims against Third-Party Defendant Aqua Poly Equipment Company, LLC are **DISMISSED WITHOUT PREJUDICE**.

Dated: January 20, 2010

                                                 s/Richard H. Kyle
                                                 RICHARD H. KYLE
                                                 United States District Judge