## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Applied Equipment Company, f/k/a Aquapoly Equipment Company, a Minnesota corporation, | Civil No. 09-514 (RHK/JJG) |
| Plaintiff, | **ORDER** |
| vs. | |
| AEC, Inc., | |
| Defendant. | |

The parties have entered into and filed a Stipulation for Binding Arbitration (Doc. No. 91) which this Court construes as a final settlement of the instant case. The "request that this court file remain open until such time as the arbitration award can be docketed herein" is **DENIED** and this matter is **DISMISSED WITHOUT PREJUDICE**.

Dated: May 18, 2010

                                                 s/Richard H. Kyle
                                                 RICHARD H. KYLE
                                                 United States District Judge